INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

**FILED**
**11/06/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Alfred Forrow

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Bootz Manufacturing

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:23-cv-194-MPB-CSW
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

**FILED**
NOV 06 2023
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Case 3:23-cv-00194-MPB-CSW    Document 1    Filed 11/06/23    Page 2 of 11 PageID #: 2

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

I.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question       ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Discrimination Harrassment Retaliation Wage+Hour violation Break violation Failure to pay wages Unsafe working conditions workplace Retaliation Invasion of privacy Hostile Work Environment Defamation

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual:
      The plaintiff, *(name)* Alfred Forrow , is a citizen of the State of *(name)* Kentucky , OR is a citizen of *(foreign nation)* _____

   b. If the plaintiff is a corporation, partnership, or other entity:
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

Case 3:23-cv-00194-MPB-CSW   Document 1   Filed 11/06/23   Page 3 of 11 PageID #: 3

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:
      The defendant, *(name)* _____, is a citizen of
      the State of *(name)* _____, OR is a citizen of
      *(foreign nation)* _____.

   b. If the defendant is a corporation, partnership, or other entity:
      The defendant, *(name)* **Bootz Manufacturing**, is incorporated under
      the laws of the State of *(name)* **Indiana**, and has its
      principal place of business in the State of *(name)* **Indiana**.
      Or is incorporated under the laws of *(foreign nation)* _____,
      and has its principal place of business in *(name)* **Evansville In**.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Discrimination  Harassment  Retaliation  wage & Hour violation
   Break violations  Failure to pay wages  Unsafe working conditions
   Workplace Retaliation  Invasion of privacy  Hostile Work Environment
   Defamation

II. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Alfred Forrow |
   | Street Address | 1317 Wright St Apt A |
   | City and County | Henderson Ky |
   | State and Zip Code | Ky 42420 |
   | Telephone Number | 270-312-6296 |
   | E-mail Address | N/A |

Case 3:23-cv-00194-MPB-CSW   Document 1   Filed 11/06/23   Page 4 of 11 PageID #: 4

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Larry   who is white
- Job or Title *(if known)*: Head of Company
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address *(if known)*: N/A

Defendant No. 2
- Name: Gary   who is white
- Job or Title *(if known)*: Supervisor of wielding dock
- Street Address: N/A
- City and County: Henderson
- State and Zip Code: Ky 42420
- Telephone Number: Bootz
- E-mail Address *(if known)*: N/A

Defendant No. 3
- Name: Jamil   who is black
- Job or Title *(if known)*: Supervisor Packline
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address *(if known)*: N/A

Case 3:23-cv-00194-MPB-CSW   Document 1   Filed 11/06/23   Page 5 of 11 PageID #: 5

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Geraldo who is Mexican
- Job or Title (if known): Team Leader
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address (if known): N/A

Defendant No. 2
- Name: Kilo who is white
- Job or Title (if known): Team Leader
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address (if known): N/A

Defendant No. 3
- Name: Deion who is black
- Job or Title (if known): Coworker
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address (if known): N/A

Page 4 of 6

Case 3:23-cv-00194-MPB-CSW   Document 1   Filed 11/06/23   Page 6 of 11 PageID #: 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: J.T.   Who is white
- Job or Title *(if known)*: Co Worker
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address *(if known)*: N/A

Defendant No. 2
- Name: Dustin   who is white
- Job or Title *(if known)*: CoWorker
- Street Address: N/A
- City and County: Henderson
- State and Zip Code: Ky
- Telephone Number: Bootz
- E-mail Address *(if known)*: N/A

Defendant No. 3
- Name: Kentrell   who is black
- Job or Title *(if known)*: CoWorker
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address *(if known)*: N/A

Case 3:23-cv-00194-MPB-CSW     Document 1     Filed 11/06/23     Page 7 of 11 PageID #: 7

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Randell    who is black
- Job or Title *(if known)*: Coworker
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address *(if known)*: N/A

Defendant No. 2
- Name: Brian    who is black
- Job or Title *(if known)*: Coworker
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address *(if known)*: N/A

Defendant No. 3
- Name: Enrique
- Job or Title *(if known)*: Coworker
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: 812-305-2537
- E-mail Address *(if known)*: N/A

Case 3:23-cv-00194-MPB-CSW   Document 1   Filed 11/06/23   Page 8 of 11 PageID #: 8

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Edward
- Job or Title (if known): Coworker
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address (if known): N/A

Defendant No. 2
- Name: Mike        Who is black
- Job or Title (if known): Coworker
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address (if known): N/A

Defendant No. 3
- Name: Andrew or Andy     who is White
- Job or Title (if known): Coworker
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: Bootz
- E-mail Address (if known): N/A

Case 3:23-cv-00194-MPB-CSW    Document 1    Filed 11/06/23    Page 9 of 11 PageID #: 9

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Kevin    who is black
- Job or Title *(if known)*: Co Worker
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: BootZ
- E-mail Address *(if known)*: N/A

Defendant No. 2
- Name: Jose    who is Mexican
- Job or Title *(if known)*: Supervior
- Street Address: N/A
- City and County: Evansville
- State and Zip Code: In
- Telephone Number: BootZ
- E-mail Address *(if known)*: N/A

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was made to do a job a certain way on 2nd shift went to 1st shift and was force to sign a write up to do the job a diffent way in May of 2022 in January 2023 Randell a coworker told me he was going to kill me infront of a supervior the job did nothing about it then I got intouch with the EEOC about a week after I contacted the EEOC the job started writing me up told Larry the threats was a weekly thing goin on Then I really started getting Retaliztion Harassment it became a very Hostile work place. In which cause me to quit because they was not resolving the Issue in the work place that place my life in danger and I believe they did not take care of it because of me contact with the EEOC

Also my Hours of work was cut

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I was cheated out of some over time pay got behind on bills and my Hours was cut when I was working and I'm not working as of right now I suffere humiliation, Embarrassment, emotional distress

Case 3:23-cv-00194-MPB-CSW   Document 1   Filed 11/06/23   Page 11 of 11 PageID #: 11

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     11-6-23

Signature of Plaintiff     Alfred Torrow